

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00090-CV

CFLS INVESTMENTS, LLC; JOE T. SOUTHERLAND, DPM; RICHARD ALAN CARTER, DO; JANIS R. CORNWELL, MD; LINNIE V. RABJOHN, DPM; JOHN R. LANDRY, DPM; FROESCHKE INVESTMENTS, LTD.; ZOEZY 1 SUPERSTAR GP, LLC; THE WALKER GROUP, LP; WONG FAMILY HOLDINGS, LLC; FALLOPIAN DISASTER HOLDINGS, LP; MATLOCK OB-GYN ASSOCIATES, PA; AND DAVID B. GRAYBILL, DO

APPELLANTS

V.

THVG ARLINGTON GP, LLC; USP NORTH TEXAS, INC.; UNITED SURGICAL PARTNERS INTERNATIONAL, INC.; TEXAS HEALTH VENTURES GROUP, LLC; TEXAS HEALTH VENTURE ARLINGTON HOSPITAL, LLC; BAYLOR HEALTH SERVICES USP TEXAS, L.P.; ARLINGTON ORTHOPEDIC AND SPINE HOSPITAL, LLC D/B/A BAYLOR ORTHOPEDIC AND SPINE HOSPITAL AT ARLINGTON, LTD.;

APPELLEES

BRENT BROADNAX; CAROLYN
EXLEY; JONATHAN BOND; ERIC
S. WIESER, MD; JOSEPH M.
BERMAN, MD; ANTHONY B.
BRENTLINGER, MD; JAMES W.
BURNETT, MD; JEFFREY D.
CARTER, MD; TODD DANIELS,
MD; ROBERT JAMES HILLIARD,
MD; JOSEPH H. KAY, MD; PHILIP
JOHN MYCOSKIE, MD; JAMES J.
POLLIFRONE, DO; JAY D. POND,
MD; FRANK J. RODRIGUEZ, MD;
MARK W. WOOLFE, MD;
ARLINGTON ORTHOPEDIC
ASSOCIATION, PA; AOA HEALTH
PARTNERS, LC; MICHAEL L.
MYKOSKIE, MD; AND ARLINGTON
SURGICARE PARTNERS, LTD.,
D/B/A BAYLOR SURGICARE
("LIMITED PARTNERSHIP")

----------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 352-264845-13

----------

# MEMORANDUM OPINION[1]

----------

We have considered the "Petition For Permission To Appeal" filed by the Plaintiff Petitioners listed as Appellants in the style above, as well as all responses and replies. Given the requirement that we strictly construe section 51.014, we decline to entertain the appeal filed by Plaintiff Petitioners, and we

[1]*See* Tex. R. App. P. 47.4.

2

hereby dismiss it. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d)-(f) (West 2015); Tex. R. App. P. 43.2(f); *Rogers v. Orr*, 408 S.W.3d 640, 642 (Tex. App.—Fort Worth 2013, pet. denied) ("We strictly construe a statute authorizing an interlocutory appeal because it is an exception to the general rule that only final judgments are appealable."). We restyle the remaining appeal as *Arlington Surgicare Partners, Ltd. d/b/a Baylor Surgicare at Arlington; Jonathan Bond; Carolyn Exley; Brett Brodnax; Arlington Orthopedic and Spine Hospital, LLC d/b/a Baylor Orthopedic and Spine Hospital at Arlington, Ltd.; Baylor Health Services; USP Texas, L.P.; USP North Texas, Inc.; United Surgical Partners International, Inc.; Texas Health Ventures Group, LLC; THVG Arlington GP, LLC; and Texas Health Venture Arlington Hospital, LLC v. CFLS Investments, LLC; Joe T. Southerland, DPM; Richard Alan Carter, DO; Janis R. Cornwell, MD; Linnie V. Rabjohn, DPM; John R. Landry, DPM; Froeschke Investments, Ltd.; Zoezy 1 Superstar GP, LLC; The Walker Group, LP; Wong Family Holdings, LLC; Fallopian Disaster Holdings, LP; Matlock OB-GYN Associates, PA; and David B. Graybill, DO*.

The clerk of this court is directed to transmit a copy of this memorandum opinion to the attorneys of record, the trial court, the court reporter, and the trial court clerk.

PER CURIAM

PANEL: DAUPHINOT, WALKER, and GABRIEL, JJ.

DELIVERED: May 14, 2015

3